UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DAVID W. LOTT and
VIRGINIA SHIRAH, etc.,

      Plaintiffs,

      v.                        No.3:05-cv-566-J-12MCR

UNITED STATES OF AMERICA,

      Defendant.

_____

## O R D E R

This cause is before the Court on Plaintiffs' Motion to Advance Trial on Trial Docket (Doc.13), filed February 16, 2006.  The Defendant's response in opposition (Doc.14) was filed March 6, 2006.

This case was transferred to the undersigned after the entry of the Case Management and Scheduling Order (Doc.11).  The Court has reviewed the matter and it appears that this case is still in the discovery stage and is not ready to be set for trial or otherwise resolved.  As a result, the Court will deny the Plaintiffs' motion without prejudice to a motion to amend the dates set forth in the Case Management and Scheduling Order as amended as set forth below.  The parties are reminded that the Local Rules of this Court require consultation with opposing counsel before filing such motion.

Upon review of the Case Management and Scheduling Order (Doc.11), which was entered by the previously assigned United States District Judge in accordance with the parties' Case Management Report (Doc.9), the Court must reschedule the Pretrial Conference for Wednesday, November 29, 2006, at 10:00 a.m. in Courtroom 12A.  In

addition, the parties' Pretrial Statement shall be due Monday November 20, 2006.  The Court will schedule the trial of this case at the Pretrial Conference.  All other dates set forth in the Case Management and Scheduling Order (Doc.11) and in the parties' Case Management Report (Doc.9), remain in full force and effect.

Accordingly, it is

**ORDERED AND ADJUDGED**:

1.    That Plaintiffs' Motion to Advance Trial on Trial Docket (Doc.13) is denied without prejudice to the parties' right to move amend the Case Management and Scheduling Order (Doc.11) as further amended as set forth in this Order; and

2.    That the Case Management and Scheduling Order (Doc.11) is amended to reflect that the Pretrial Conference is rescheduled for Wednesday, November 29, 2006, at 10:00 a.m. in Courtroom 12A, the parties' Pretrial Statement shall be due November 20, 2006, and the case will be set for trial at the Pretrial Conference, otherwise the Case Management and Scheduling Order (Doc.11) remains in full force and effect.

**DONE AND ORDERED** this ___16TH___ day of March 2006.

Howell W. Melton
**SENIOR UNITED STATES DISTRICT JUDGE**

c:    Counsel of Record